STATE of Missouri,
Plaintiff/Respondent,

v.

Timothy GALLAGHER,
Defendant/Appellant.

No. ED 79452.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 14, 2002.

Jennifer F. Walsh, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GEORGE W. DRAPER III, P.J., MARY R. RUSSELL, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Appellant, Timothy Gallagher, appeals his conviction for possession of a controlled substance, cocaine base, in violation of section 195.202, RSMo 2000. He argues the trial court abused its discretion in excluding impeachment evidence.

Having reviewed the briefs of the parties and the record on appeal, we conclude the trial did not err. An extended opinion would serve no jurisprudential purpose. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Timothy S. WILLBANKS, Appellant.

No. WD 59976.

Missouri Court of Appeals,
Western District.

May 14, 2002.

John M. Schilmoeller, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, JR., Judge, and VICTOR C. HOWARD, Judge.

### ORDER

Timothy Willbanks appeals his convictions for kidnapping, assault in the first degree, two counts of robbery in the first degree, and three counts of armed criminal action. We affirm. Rule 30.25(b).